UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALEJANDRO RUIZ MEDINA,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>J. DOERER,<br><br>　　　　　Respondent. | Case No. 5:24-cv-01517-CV (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that Respondent's Motion to Dismiss is denied without prejudice and this matter is hereby stayed until forty days after Petitioner files his BP-11 form with the Office of General Counsel.

Dated:　9/11/25

*Cynthia Valenzuela*
CYNTHIA VALENZUELA
United States District Judge

1