JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ALEJANDRO RUIZ-MEDINA,

             Petitioner,

      v.

J. DOERER,

             Respondent.

Case No. 5:24-cv-01517-CV (DTB)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:    4/30/26

*Cynthia Valenzuela*
CYNTHIA VALENZUELA
United States District Judge

1